

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

May 29, 2018

**Electronically Filed**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                Re: United States v. Veliu
                    17 Cr. 404 (KAM)

Dear Judge Matsumoto:

      With the consent of the government, I write on behalf of all counsel seeking a thirty-day adjournment of the status conference currently scheduled for May 30, 2018.

      The within request is made as the parties are actively involved in plea negotiations and believe that the additional time will be of value in working toward a resolution of the case.

      Accordingly, we ask that the conference be adjourned to provide the parties with adequate time to continue to explore a resolution. The parties agree to the exclusion of time between May 30, 2018 and the date of the next scheduled conference.

      I thank Your Honor for her consideration in this matter.

                                Respectfully submitted,
                                ***Elizabeth E. Macedonio***
                                Elizabeth E. Macedonio
                                *Attorney for the Defendant*
                                *Christopher Curanovic*

All Parties - Via ECF