**U.S.D.J. KIYO A. MATSUMOTO**  TIME: 1:15p.m. - 1:45p.m

**DATE: 5/24/2019**

## Docket & File

## CRIMINAL CAUSE FOR PLEADING

**USA - V. - CURANOVIC**                           Docket No.: **17-CR-404**[KAM]

Defendant: **Christopher Curanovic**
  **X** present     ____ not present          **X** custody __ bail

Def. Counsel: **Elizabeth Maccedonio**
  **X** present     __ not present     _Retained          __Federal Defender   **X** CJA

AUSA : **Michael Keilty**              Clerk/Deputy: **Sandy Jackson**

Court Reporter: **Rivka Teich**            Int:_____N/N_____

**X**   Case Called
**X**   Defendant's First Appearance
**X**   Defendant: **X** Sworn __ Arraigned **X** Informed of Rights
**X**   Waiver of Indictment Executed for Defendant
____   Superceding Indictment/Information Filed
____   Bench Warrant Issued: _____
_      Defendant Enters Guilty Plea to Count(s)_ of the Indictment/Information.
**X**   Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) **3** of the **Superseding Indictment**
**X**   Court Finds Factual Basis for the Plea
**X**   Sentencing is scheduled for **9/12/2019 at 11:00a.m.**
____   Sentencing to be set by Probation
____   Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody
____   Case Adjourned to ____/____/____ at _____
**X**   Court accepts the Plea of Guilty.
**X**   Transcript Ordered


**X**   Counsel are advised that they are expected to follow Federal Rule 32 with regard to objections, corrections or comments to the Presentence Report (PSR). Defense counsel must respond to the PSR within two weeks of receipt, the government will respond one week thereafter. PSR objections must directed to the probation officer, but need not be filed via ecf.

**X**   Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's submissions shall be filed by **8/23/2019,** and the government must respond by **8/302019,** reply if any, by the defendant, shall be served and filed by **9/6/2019.** The court respectfully request that the parties shall serve chambers with two hard courtesy copies of all sentencing related materials and one copy served on the probation department.