To: Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza Court
Brooklyn, New York, 11201

Dear Honorable Judge Matsumoto

Having been in movies with the likes of Sylvester Stallone and Val Kilmer, I have been employed as an actor for over 40 years. I am writing to you today in reference to Christopher Curanovic who will be coming before you for sentencing.

Although I live in Los Angeles, I have known Christopher since he was a child as I was friends with his father for many years as well as his brother. Chris was a happy young man and always wanted to be in the financial business. For a time he did just that and was very good at working in hedge funds. At the age of 19, his brother, whom Chris was extremely close to, passed away then only a few years later he also lost his dad. The untimely deaths of the two people he was the closest to left Chris all alone in this world as a very young man. He was lost and therefore ended up wandering with the wrong crowd which ultimately got him into trouble.

As a result of his errors, he has paid dearly by losing some of the best years of his life. I know he his extremely remorseful and I truly believe has learned a great lesson. I believe moving forward that he will be committed to being a productive citizen of this great country. I understand upon his release he has a place to stay with his cousin as a job waiting with her husband. He has a strong support system of friends and family.

Your Honor, I humbly request that you extend leniency towards this young man who has an opportunity for a positive future and a desire to make up for his wrongdoings.

Respectfully,

*Charles Torrent*
Charles Torrent

Clarisa Terney
175 Reeford Drive
Apt 30?
Beverly Hills, Ca 90212

Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza Court
Brooklyn, New York 11201