

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:LDM:CSK
F. #2017R00319

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 1, 2019

<u>By ECF and Courtesy Copy by Interoffice Mail</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     United States v. Christopher Curanovic
>         <u>Criminal Docket No. 17-404 (S-1) (KAM)</u>

Dear Judge Matsumoto:

Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Christopher Curanovic, has agreed to in connection with his guilty plea, accepted by Your Honor on May 24, 2019.  The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     /s/ Claire S. Kedeshian
        Claire S. Kedeshian
        Assistant U.S. Attorney
        (718) 254-6051

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)