

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

September 10, 2019

**Electronically Filed**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: United States v. Christopher Curanovic
17 Cr. 404 (KAM)

Dear Judge Matsumoto:

With the consent of the government, I write seeking an adjournment of the sentence in the above referenced matter. It is currently on the Court's calendar for October 3, 2019.

The within request is made as I will be on trial before the Honorable William F. Kuntz, II, for approximately the next three weeks. Thus, in order to properly prepare Mr. Curanovic's sentence submission, I am seeking additional time from the Court.

Accordingly, I ask that the sentence be adjourned. I thank Your Honor for her consideration in this matter.

Respectfully submitted,
*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Attorney for the Defendant*
*Christopher Curanovic*

All Parties - Via ECF