# Exhibit A

Michelle Stephan
69 Ray Hill Road
Horse Shoe, NC 28742
828-702-8191

May 5, 2019

Honorable Kiyo Matsumoto
United States District Court of the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Christopher Curanovic  #75892-053

Your Honor:

My name is Michelle Stephan and I am Christopher Curanovic's mother. As he stands before you today, I would like you to know a little about my son prior to his sentencing.

I was blessed to have Christopher with me for the first nine years of his life. Chris and I developed a wonderful bond during those early years. Chris enjoyed going to school and reveled in all childhood experiences. Chris was developing into a warm, empathetic, and compassionate child who wore his heart on his sleeve. Chris was appreciative and excited for all new opportunities that he encountered. Chris loved to go fishing, loved being outdoors, and absolutely loved my homemade oatmeal raisin cookies! Chris loved to sing Karaoke. He loved to impersonate Elvis Presley on a little stage we made for him. Chris had a wonderful sense of humor and has always been able to deal with whatever was happening and made the best out of every situation. Most importantly, Chris learned the value and importance of having extended family surround you.

Unfortunately, those early opportunities that I had with Chris were short lived. As a victim of domestic violence with Chris's father who was extremely violent, controlling, threatening and intimidating, I was forced to escape the everyday torture and brought Chris and his brother to live with my parents and me. I knew I needed to utilize the support of my family to help protect my children. Chris's grandparents and Aunts were extremely helpful in his positive development. Chris liked knowing he belonged to our family and there were people who cared about him. Chris and I shared many special times together including Boy Scouts, T-Ball, school activities, and especially vacations away at my family's home in North Myrtle Beach, SC. He has fond memories of the ocean, the sand, and collecting seashells.

However, also during this time, Chris had visitation with his father and ultimately succumbed to his father's coercion, emotional abuse and promises and eventually chose to live with his father and brother. His father immediately moved away and changed their phone number leaving me with no way to communicate with my children.

I searched for Chris for many years on the internet, contacted schools, Department of Social Services, and a few paternal relatives only to come up with no information. I never gave up searching and eventually learned of Chris's incarceration. Thankfully I was able to reconnect with Chris and reestablished communication through email, phone calls and visitation.

I have since learned of the ongoing trauma that Chris was exposed to and the unhealthy environment in which he lived. It breaks my heart every day that I was not able to protect and rescue him from that torture and the paths his father led him down. Those paths led him to you standing before you today. Not a day, a month, or a year ever went by that Chris was not in my thoughts.

Since we have been able to reestablish communication, Chris and I have begun the process of healing our severed relationship. We strive to resume the early bond we once had and are working diligently to fill in all the missing puzzle pieces of our lives. We have much more work to do but Chris and I continue to remain optimistic and positive about his future and we are looking forward to new opportunities that will become available to him.

As his mother, I yearn to offer Chris once again the love, support and guidance that our family can provide for him. I have since relocated to North Carolina, with my mother and sister, and we are strongly committed to helping Chris overcome the challenges of social integration. We recognize the hardships that Chris may experience and are willing and able to help him financially and emotionally. Chris continues to express his desire to come home and have a second chance in having a family. I know he is anxious to do the right thing. I love my son dearly, only want the best for him and do not plan on losing him again.

I ask Your Honor, to please consider what has happened to Chris in his past while you consider his sentence and ask that he finally be released from incarceration. His family is waiting for him.

Thank you in advance for your consideration of Christopher's release.


Respectfully,

Michelle Stephan

Michelle Stephan

Dolores Fisette
69 Ray Hill Road
Horse Shoe, NC 28742
828-808-5810

May 5, 2019

Honorable Kiyo Matsumoto
United States District Court of the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Christopher Curanovic  #75892-053

Your Honor:

My name is Dolores Fisette and I am Christopher Curanovic's maternal grandmother.

The first time I saw Christopher he was about 8 months old, and that is because his father would not allow her to visit with her family.  I can remember that visit like it was yesterday.  He was healthy and handsome little boy!

It was truly unfortunate that my daughter Michelle was married to an extremely physically and mentally abusive husband who limited her contact with her own family.  Michelle endured significant cruelty and violence during her marriage.  It was a very painful era for our entire family to experience.  For their very early years, Christopher and his brother Nicholas were isolated from us and contact was almost nonexistent.  Michelle was a very intelligent young woman with a reserved personality which made it difficult for her to make sense of her life, her existence and her commitment to her marriage.

Michelle attempted to leave her abusive relationship with her children several times, only to be coerced and threatened into returning to the relationship.  The last and final time she did escape was after a very significant horrific and traumatic event in which my husband and I traveled to New York to rescue her. This incident is on record at the Police Department.  Sadly, the children remained with their father while Michelle returned home to live with her father and me.  Their father was from a different country and culture and he had no respect for women, laws, or authority which may have influenced both Christopher and his brother during that time.  Those early years of Christopher's life were extremely tumultuous and so confusing for a boy so young.

While living with us, Michelle returned to college and obtained her degree in Nursing. Christopher eventually came to live with us and grew attached to my husband and I, and we tried to bring a level of normalcy to his life.  He was exposed to community events that he was interested in, enrolled in religious classes, received his First Communion and enjoyed Boy Scouts, sports and summer camps.  His friends were made welcome in our home.  We have a

vacation home at the beach which he loved, and to this day hopes to visit once again. On the weekends we took Chris fishing, boating, on nature walks and to the movies.

During his time with us, Chris also was visiting his father who ultimately coerced him to return to living him and his brother.

The last time I saw Christopher and his brother was on 12/24/1995. It was Christmas Eve and they knocked on our door and said their father was allowing them to visit for a short time.

Over the years, we tried many times to find where they were living but without success.

I currently live in North Carolina and did get the opportunity to visit Chris in Fort Dix Prison. When I first saw him there, it was like time stopped and I remembered him like he was all those years before. I kissed and hugged him, and we sat holding hands. It felt so good to be with my grandson again.

Today my only wish is for Christopher to be released from his very long time in prison and that he may be returned to his family. I truly believe that with our emotional and financial support he can have a productive and loving life. I want him to feel the sun on his face and walk on the beach with us once again!

Thank you for your interest and concern for my grandson.


Respectfully,

Dolores Fisette

Pam Fisette
69 Ray Hill Road
Horse Shoe, NC 28742

May 5, 2019

Honorable Kiyo Matsumoto
United States District Court of the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Christopher Curanovic  #75892-053

Your Honor:

My name is Pamela Fisette and I am Christopher's maternal Aunt.

During Chris's young years, I was away at college and ultimately started my career as a Social Worker approximately 150 miles from home, so my daily contact with Chris was minimal. However, my connection and commitment to my family was strong and travelled many weekends and holidays to visit everyone and remained extremely involved through telephone calls during the week.

I am very close with my sister, Chris's mother Michelle and was by her side during all her trials and tribulations as a young adult.  Michelle married young to a very possessive and manipulative man who later turned to physical abuse and violence to control my sister.  During her marriage Michelle was forbidden to hold a job, manage any money, and was truly unable to make basic day-to-day decisions.  I believe this is important for you to know the type of environment that Christopher and his brother were born into.

Frequency of contact with Michelle was very minimal as her husband would not allow her to visit with us.  Telephone calls were monitored, and our family was not aware of the 'true' life Michelle had been living.

Michelle eventually showed up at my parent's door one Christmas with two children in her arms. We had no idea they had been born but welcomed them with open arms.  For the next few years, sporadic telephone calls revealed her desperate attempts to leave her husband.  I spent many nights speaking with Michelle about preparations she needed to make for her escape. Unfortunately, during these few years, Michelle escaped with her children numerous times only to succumb to her husband's manipulative promises if she returned.  Eventually after a horrific incident, Michelle returned to live with our parents without her children.

I believe that Christopher was in the 1st grade when he finally returned to my sister. It was a major adjustment for Chris but shortly learned that dinner was served at table and not in front of the TV, he learned to appreciate the guidance of those in authority, and most of all he learned how to be a child. My family did everything above and beyond to expose Chris to all the adventures of the world. Chris enjoyed numerous outdoor activities and began to excel in social clubs, sports and making friends.

Chris also enjoyed visiting his father and brother during this time and eventually Chris chose to live once again with his father. I did not see Chris until about 5 years later when he and his brother showed up by themselves on Christmas Eve stating that their father said they could have a short visit with us. That was the last time we saw or heard from the boys.

Years passed as Michelle desperately searched to find her children. Leaving no stone unturned produced only more anxiety and frustration as there was no more trail to follow. Michelle also returned to college and obtained her degree in Nursing. Michelle began intensive therapy to help her make sense of what had happened in her life. She was however dying inside due to the separation and the unknown whereabouts of her boys.

Michelle later learned of the tragedy of the death of Nicholas during a late-night Internet Search and eventually learned of Chris's incarceration the same way.

Since then Michelle and Chris have consistently worked on rebuilding their relationship as best as they can through limited phone calls and emails. They help each other to remain positive about the future and Chris is excited to become part of our family again. As in the beginning, we are all ready to welcome Chris back into our homes and are prepared to assist him with many of the hardships he may face. Michelle, my mother, and I have relocated to North Carolina and my other sister remains in New Jersey. Chris will have an extensive support system ready and waiting to embrace him.

Thank you in advance for your consideration of Christopher's release as he stands before you today.

Respectfully Submitted,

*Pamela Fisette*

Pamela Fisette

May 14, 2019

Judge Kiyo Matsumoto
United States District Court
Eastern District of NY

RE: Christopher Curanovic # 75892-053

Your Honor,

My name is Linda Fuller, and I am Christopher Curanovic's Maternal Aunt. I welcome this opportunity to speak about my nephew Christopher prior to his sentencing.

Christopher was the true picture of a beautiful blue eyed, blonde hair, happy bouncing baby. He was always smiling when I saw him. He was an easy baby always content and thrilled to be visiting his grandparents and Aunts. Chris absolutely adored coming to the country at his grandparents' home away from the city where he embraced the opportunity to be together, play with our dogs and run around the yard. He learned to ride his bike in our driveway and loved shooting hoops with his brother and our family. Chris loved rolling up his sleeves with grandma and learning how to cook and bake, oatmeal cookies were one of his favorites!   He adored his brother Nick and made friends easy.

All this started to change when Chris was beginning school age. His parents were having many problems much due to his father's violent, psychotic and controlling behavior which I had witnessed firsthand. His father worked hard at attempting to sever our family ties with each other limiting my sisters visits with the 2 boys until finally she was no longer allowed to come. That lead into my sister trying to flee the mental and physical abuse and come live with our parents. Each time though Chris's fathers phone calls and promises to change, they would go back home hoping for change. Gradually these years took a tremendous toll on the boys and their mother. Their father had such a engulfing hold on them threatening them all if they ever left for good. He would do something horrible...Finally, after at least 10 plus attempts of fleeing, they finally did for good. After a short time, their father gained visitation rights and after each of his visits the boys became very subdued and quiet and began to not want to come. They no longer wanted to see their friends in the neighborhood, go away with us or just visit. Their father had completely brain washed them that our family was no good and evil. It was around the age of 8 or 9 that I saw Chris and his brother last. His father had won...the family ties broken...

I remember the years of my sister desperately trying to find her boys my nephews. She would drive helplessly around areas of the many neighborhoods they had lived often close to poverty level, looking for them as their father made them move frequently.  It was so hard as there was no internet or computers back then.  There were no neighbors to ask. There was very little

paper trail for her to follow. I learned about Chris imprisonment after an Internet search about 7 years ago. We started emailing each other for a while trying to fill in the blanks of all our stolen years apart. Ultimately, I went to see him and since had visited often. There are no words to convey the volume of emotions that surface after seeing my beautiful blonde, blued eyed little nephew, now in prison as a grown man. I visited Chris many times over his term at Fort Dix. Each visit Chris and I would talk about all the good things we remembered about his childhood. He tried to fill me in on the engulfing sadness of missing his mother and our family as well as the abuse he suffered living with his psychotic father. He began to talk about being reunited with all of us again, getting a fresh start, possibly moving south and rebuilding his life again with his family. I immediately knitted him a beautiful welcome home blanket in his favorite colors, knowing it will remind him of being loved and warm hug when he gets out. I started a hope chest filling it with favorite things for him to have upon his release. We are ready for him to come home.

I along with Chris's mother, grandmother and our sister Pam, we pray soon that we can begin to nurture our family bond, support and help Chris get on his path to healing.

You Honor, I ask with a hopeful heart that Chris, now that we have him be given an opportunity to flourish again as the little boy I once knew.

Thank you in advance for your consideration upon Christopher's release.

Peace and Blessings,

Linda Fuller
61 Karen Place
Budd Lake, NJ 07828
973-219-4647

# MILENA (CURANOVIC) CAMAJ

100 Columbus Avenue, Apt. 6C | Tuckahoe, NY 10707 | Tel: 914-434-5360

June 21, 2019

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Christopher Curanovic*

Your Honor:

This is the second time that I am writing a letter for my nephew Christopher Curanovic who will have a sentencing hearing before you. Before I go any further, please allow me to inform you that my English skills are very poor therefore I am dictating in Albanian to my son Kole and his is writing this letter in English for me. Also, everything that I say in this letter is the truth and nothing but the truth, so help me God: I am an 81 years-old Church going and God loving person praying several times a day and both Chris and I come from a very honorable family. Our Curanovic Family is a Noble family who was and still is respected in our former homeland Yugoslavia (now Montenegro). We are known to be very hard-working, loyal, moral, Church going, and law-abiding citizens who know not to do any crime.

My lovely nephew, Christopher Curanovic, is very dear and very close not only to me but also to all our family members. Christopher is my brother's son; I am his first aunt. I only have an elementary education and therefore do not understand exactly the situation that Christopher is in, but I can only say that once I learned that he is in jail because he did something wrong, I was extremely surprised telling my children and others that it most be some kind of a mistake because our Christopher would never do anything wrong. Despite the past, I recently learned that Christopher is a changed man. I been told by my several family members, who visited him, that Chris is truly a changed man. I been told that Chris regrets the mistakes of the past and that he is ready to move beyond that past and do what's right and be a good, moral, and law-abiding citizen for the rest of his natural life. Also, please note, the family is ready to help Christ start new life: we are here to help him with place to live and support him in finding a job and starting a new life.

Your honor, I am aware about your extremely busy schedule, but please if your time permits, read the following statement about Chris's past: This should give you more insights about his life circumstances.

The first time that I met Chris was in the summer of 1985 during his visit to Montenegro, Yugoslavia. At that time, he was only a little boy but very lovely one. Ever since the first time I saw him, I could see the promising future that Chris will have. In early 1989, I moved to US to live here permanently and ever since that time I got to know Christopher in a more

# MILENA (CURANOVIC) CAMAJ

100 Columbus Avenue, Apt. 6C | Tuckahoe, NY 10707 | Tel: 914-434-5360

personal level. Once I arrived in US, Christopher and his father Anton come to visit me, welcoming me in the US. This time it seems that Christopher was not that happy little boy that I meet only few years ego. I found out that his mother Michele and father Anton are no longer living together; they were divorced. According to my recollection, Anton and Michele were having problems very much between them in deciding who gets the kids and what the visitations schedule should be; since I am not fully informed about this situation, I cannot comment any further. However, I can say with certainty that this was having a negative effect in Christopher; at times, he seems to be as a lost child. Within a year or so Chris, his brother Nick, and his father Anton visited me and my children regularly; however, all the sudden and without any trace they disappear on us.

For the next 5-6 years, unsuccessfully we tried to trace them down; there was some kind of a talk in our American Albanian Community that his father Anton is living a different life, and that he now belongs to new religious sect. After several years of search, we found my brother Anton and his two sons Nick and Christopher. Once I saw my brother Anton (Christopher's father) I could not believe what I am seeing. He seems to be a totally different human being; he grown a long beard probably more than a foot long. The first thing that Anton said to me was, "Pray to the Lord". I saw a new man, and not the brother I knew.

The hardship for Christopher continued during his teenage years. I learned that Christopher and his brother Nick (R.I.P) lived almost a nomadic life. Their father Anton become a religious preacher, preaching the word of God according to him everywhere he went, and most of the time taking Christopher and Nick with him on the road. This interfered with their everyday life: they were missing school days and assignments; they were not sleeping well and properly as they should; they had not medical insurance to take care their health and dental needs properly. In addition to traveling from one place to another, Christopher's father Anton was moving from one place to another. This again, was a very difficult thing for Christopher. He was introduced to a new schools, new friends, new neighborhoods, and new towns. It seems as Christopher was living a virtual life. I am not a psychologist, but according to my observations, this had an unhappy effect on Christopher upbringing.

Despite all these difficulties Christopher managed to excel in school graduating with a high GPA from High School and afterwards attending and graduating from Fordham University. During his studies Christopher worked to support himself and the family. Although he was very busy with school and work, Christopher was always willing to give us a helping hand when needed. In few occasions he come with me to translate since my English is not that good. If we went a grocery shopping, Christopher always carried all the groceries and helped me to get in and out of the car. To know the true Chris, is really to love him. He also attended church services with me in few occasions; our Priest Father Nikolin Pergjini loved and respected him. Chris is known in our community as a loving young man who's willing to help everyone in need. We all know him as a moral and humble young man.

The most tragic moment for Christopher was when he lost his brother Nick; he witnessed the situation seeing his brother being gun down and killed; he was not able to do anything to help his brother, just prayed. That's how much Christopher believe in God that he

## MILENA (CURANOVIC) CAMAJ

100 Columbus Avenue, Apt. 6C | Tuckahoe, NY 10707 | Tel: 914-434-5360

thought his brother will survive the gun shots if he keeps praying; unfortunately, his brother
Nick passed away. This was yet another profound life changing experience for Christopher;
in many occasions afterwards, he talks about his brother and how he saw it being gun down.
And every time he mentions his brother Nick, you can see the extreme sorrow in his face
and the big loss he's facing; At this point Chris had only his father Anton from his
immediate family. For the next few years, Christopher had his father Anton (whom
changed to some extend from pervious ways of life) to talk too. But this changed fast as
well once Christopher found out that his father Anton had a terminal cancer, having only
few months to live; yet another devastating moment for Christopher. At one point he was
saying I don't know why I should continue living since I lost my brother and now, I am
losing my father: we just cried. Again, I am not a psychologist, but I honestly believe that
the lost of his brother and then of his father pushed Christopher to be associated with some
people that were not to his best interest. Chris was young, naïve, and hurt from his life
experience and there is a possibility that he found a solace in the wrong people and at the
wrong places.

In conclusions I can only say that, knowing Christopher as I do, and if given an opportunity
(a second chance), he will become an outstanding good citizen; he will follow in the steps
of his grandfather and great grandfathers of being a hard-working, moral, humble, Church
going, and law abiding citizen. I hope, Your Honor, find this letter helpful during the
sentencing hearing before you.

If you have any question, please do contact me at anytime. Thank you very much.

Respectfully Yours,

Milena (Curanovic) Camaj

MARK F. SHKRELI
Notary Public, State of New York
No. 03-4996849
Qualified in Bronx County
Cert. Filed in Westchester County
Commission Expires 5/26/22

# KOLE NICK CAMAJ
871 Scarsdale Rd. Scarsdale NY 10583, Tel: 646/302-6929, KoleCamaj@gmail.com

July 17th, 2019

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Christopher Curanovic*

Your Honor:

I am writing this letter in support of my cousin Christopher Curanovic who will have a hearing before you.

Christopher and his family had a special place in my heart. I was close to my uncle Anton (Christopher's father) and had the pleasure to know Christopher growing up from a child to a young man. But Christopher had many family tragedies: His parents divorced when Chris was a very little boy and with the passing of his brother Nick and father Anton, his life became extremely difficult. He had a lot to deal with especially overwhelming emotions from having lost his older brother and his father.

I know that Christopher does live with regrets and understands well the consequences of some of the choices he made in the past. The years past in prison have helped Christopher think, reflect, and analyze his life and his mistakes. Today, Christopher is a changed young man and is ready to move beyond that past and do what's right and be a good, moral, and law-abiding citizen for the rest of his natural life. He is ready for a new chapter in his life. And the family is ready to extend support and help with finding a job and offering him shelter until he gets on his own feet.

In conclusions, I am certain that if Christopher is given a second chance, he will become a hard-working, moral, humble, and law-abiding citizen. Your Honor, I hope that this letter will help you in making a fair decision at his hearing.

Respectfully Yours,

Kole Nick Camaj

MARK F. SHARELI
Notary Public, State of New York
No. 03-4996849
Qualified in Bronx County
Cert. Filed in Westchester County
Commission Expires

7/17/19

8/26/22

Dear Judge Matsumoto,

I am writing this letter regarding Chris Curanovic's sentencing. I would like you to know a little bit about him. I am his first cousin Linda – a cousin from his father's side of the family. I remember the day he was born.  At that time he resided with his mom and dad and his brother Nicholas. As children we spent many years together.  Chris was a very loved child. Since I didn't have any younger siblings, he was like the baby brother I never had.

Unfortunately, as time went by his mom and dad separated and the kids were devastated from the break up.  They were very young and were extremely confused with back and forth visitations. There was enough sadness in their lives at times with evictions from homes, sleeping in vehicles, wondering where their next meal was coming from or going to bed hungry.  They also at times lived without electricity and had tremendous anxiety over their father's anger because he couldn't control certain situations of surviving.

Visits with their mother also caused a lot of confusion and distress.  Chris and his brother started not to enjoying being with their mother because her family would say the most terrible things about their father. As time went by, they decided to live with their father, who was a terribly ill man, but they loved him from the bottom of their hearts. Soon they had no contact with their mother at all.

Living with their father, they had to learn to live in the most difficult circumstances that would negatively impact any human. There was little or no contact with any family members. They were estranged from all of us. As a kid growing up, I always wondered where did my baby cousin go? How come I don't see him anymore? Why don't we talk? It was very heart breaking.

Our family was made up of very difficult people.  The older generation, Chris' father and mine, would argue bitterly.  And, they would cut you off like you never existed. We kids, were the ones who suffered. My uncle, Chris' father, was a very kind hearted man. But, he made some decisions in life that were regrettable. That being said, he had tremendous love for his children.  He wanted them to succeed even though he sheltered them from the world.

He pushed them for college and they both attended schools. My oldest cousin Nick went away to Washington.  This make things even harder on Chris because now he was left alone with his dad.

Chris always felt like he wasn't accepted by his family.  But the truth is, we just didn't know where to find them. Of course now a days with social media it wouldn't be a problem. Unfortunately, at that time, it didn't exist.

In 2001, Chris' brother came home for the holidays.  In our family, we celebrate an event called the Feast of Saint Nicolas on December 5th. When Nicholas came home for the holiday, he was shot and killed by a neighbor in their garage.  He died in Chris' arms. We were all devastated by the news, especially Chris and his dad since they were both present when this happened.   It was a tragedy, but Chris was raised to handle things as a man and not to show emotions.  Showing emotions was not acceptable in our family for men.

After Nicholas' death, Chris' father's mental illness took over.  He likely suffered a nervous breakdown. And, of course again, who had to be strong?  Chris.  He was now all alone to endure all the pain and abuse.

Shortly after Nicholas' death, Chris' father was diagnosed with cancer. Again poor Chris was there through the whole entire suffering that his father had endured since there was not much anyone could do for the stage of cancer he had. Chris was his caregiver and it was a very hard thing to watch his dad's pain and suffering along with his mental illness with his moods going from one extreme to another.

Chris suffered watching his dad passing after enduring the pain of his brother's death. He died on the couch as Chris sat with him.

Chris was all alone in this world. He had no one there to help him deal with the pain and again left to deal with another death making arrangements for his dad to be buried by his Nicholas' side.  It was my uncle's wishes that he tell none of us that he had passed.  So again, he was left with not a soul, he did not have one person to cry to or to just hug and show love. Can anyone imagine standing at a plot where your brother is buried, burying your father, the only person you have left, that was your heart and soul, with not one person there to hold your hand?

Chris and I had been estranged from each other since I was 10 and we saw each other at his brother's funeral a terrible reuniting.

I have become very close to him in the last few years I consider him my little brother. My children call him uncle Chris when he calls and when he speaks to us on the phone we built a relationship through phone calls and emails and some visits.

My husband and Chris also have become close through conversations on the phone. Chris also has changed in the last two years. We have speak about his future and he has hope and expectations he never had.

He is looking forward to working with my husband who is s general contractor we have spoken about apartments in the area where I reside which I will help getting him settled in. We also have spoken of marriage and children and spending time we have lost with each other.

He has become very optimistic about the future with finally some happiness in his voice and face having something to look forward too. Leaving the past behind him and not looking back.

All I'm wishing for Your Honor is for him to have a chance.  He has spent the last 10 years in prison. I am here to support him and help him put his life together.   All he needs is a chance.

He will have me, my husband, and our children as his family. I will take care of him and love him like a brother. He will have my husband be his mentor and teach him the trade of construction - from renovations to extensions. He has a future in the right direction.  This is something he never had in the past.  All I ask is please give him, a chance to succeed and finally be happy after all the suffering he has endured the majority of his childhood and adulthood.

Thank you.

Linda Devine

Dear Judge Matsumoto,

My name is Christian Devine. I am writing this letter to tell you a little bit about my relationship with Christopher Curanovic.  Chris is my wife's cousin.

I met Chris, unfortunately, at his brother's wake in 2001. Despite the circumstances, it was a pleasure meeting him. He was a polite gentlemen, very well kept and had exquisite manners. I also had the pleasure of spending an evening with him at a wedding in 2003.

At some point thereafter, my wife lost contact with Chris. At that time, we had just started our business and our family and were too caught up in our own lives to be social with family or friends.

At some point later, my wife decided to locate Chris and she succeeded in finding him at Fort Dix. Since that time, and despite his incarceration, she has built a very special relationship with him. They are always emailing and regularly speak on the phone. I also have had the pleasure of speaking to him on numerous occasions.  I have grown very fond of Chris. He has always been very respectful to me.

Having built this relationship with Chris, my wife and I have decided to bring him closer to our family when he is released. I own my own business as a contractor in the City of Glen Cove and I have a position waiting for Chris that he can start immediately.  In fact, I am very much looking forward to having Chris join my team of workers and learn the trade of contracting. I have very high hopes for his future and he seems to be very excited about working as part of my company. We have spoken about the future very often. He also has been very optimistic about it. I will be his mentor and guide him, slowly day by day.

Initially, Chris will be residing at our home with my wife and four children.  When he settles in, we will set him up in a rental for more privacy. My home can get a little hectic with four children, and I'm sure he needs some peace and quiet.

Your honor we all have made mistakes in life and he has paid with a great quantity of his life behind bars. I am hoping that he gets a break from all his heartaches in life. I think it's time he gets a chance to live a life of joy, build a family of his own, and spend his life in the suburbs working and succeeding in his future

So I'm asking as any human being with a heart, Chris has endured a tremendous amount of pain in life, please give him a chance to enjoy life as a worker, in the future as husband, and a father one day. I know that's what his wishes are for his future.

Thank you.



Guillaume Fonkenell
123 Sullivan Street
New York, NY 10012

August 27, 2019

Re:   United States v. Christopher Curanovic
      Docket No. 1:17-CR-00404-KAM-2

Your Honor:

I am writing on behalf of my friend and former employee, Chris Curanovic, whom you will be
sentencing shortly. I realize that Chris is facing serious charges, and I hope that my letter can shed a
different light on the smart, loyal, ambitious young man that I have known for 16 years.

I am the owner and CEO of a $10 billion money management company called Pharo. When I met
Chris in 2003, he was a student at Fordham University and had decided upon graduation to join the
US army to fight the war in Iraq. His father had already lost a son in tragic circumstances and was
very worried that he could lose his remaining child in a war far away from home. He asked me if I
could offer him a job. I agreed but I was a bit skeptical given that Chris's academic records did not
measure up to the Ivy League graduates whom we usually hire at Pharo. However, Chris proved my
skepticism wrong when he turned out to be one of the most loyal, hard-working and reliable members
of my team. He began working in the operations area in a position that required discipline and focus.
The tasks assigned to him were unglamorous and repetitive, yet in the two years that he worked at
Pharo he never complained and always did his work diligently and reliably. I was also impressed by
his charisma, his humor, his team spirit and his generally positive attitude. For someone who had
witnessed and suffered the heartbreaking loss of his only brother, Chris was coping with surprising
strength and courage. He never let anyone see his devastation but instead focused on moving forward.
During his two years at Pharo, Chris proved to be a hard working, generous individual who was
loyal, not only to his company but also to his colleagues.

Since he has been in prison, I have been able to exchange with Chris on occasion. Despite the lengthy
jail time he has already served, he is the same good-natured person I met 16 years ago, and he
acknowledges and deeply regrets the mistakes he has made. I hope that his letter helps Your Honor
in her decision.

If you have any questions please do not hesitate to contact me.

Yours sincerely,

G. Fonkenell

Guillaume Fonkenell



# Murphy Group CNY, PLLC

600 Pennsylvania Ave, SE
Suite 200
Washington, DC 20003

Brianne E. Murphy*
T: (347) 524-1415
E: brianne@industrielaw.com
*Admitted in New York and Washington, DC

September 10, 2019

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *United States v. Christopher Curanovic*
> Case No. 1:17-cr-00404-KAM-2

Your Honor:

I am writing to you on behalf of one of my closest and dearest friends Christopher Curanovic, who you will be sentencing on October 3, 2019. Despite his "tough" appearance, Chris is a deeply empathetic, thoughtful, generous person with a heart of gold. I would like to expound upon some of what you may have read about Chris to provide you with a more complete, accurate picture.

As is clear from many of the letters submitted on his behalf, much of Chris's childhood, identity, value system and sense of self was shaped by and is intertwined with his father. Reading the various accounts of their relationship from the perspectives of close family and friends; one wonders which the accurate portrayal is. Was his father Anton a religious God fearing preacher, or an abusive, violent, nomadic alcoholic? I knew Anton personally for nearly ten years, as a neighbor and friend and I wrestled with this question for as long as I knew him. The answer, Your Honor, is he was both. While it is difficult for me to reconcile this answer, as I genuinely liked Anton – I cannot imagine the depths of internal conflict this has caused Chris.

Your Honor, Chris is a deeply private person and has always been protective of his father. As such, few people, if any, know the extent of the turmoil he experienced as a child and young adult. Anton was an extraordinarily overbearing father who often humiliated Chris with his unorthodox appearance (wearing a nearly foot long beard) and extreme religious zeal. After being pawns in their parents' acrimonious divorce, marked by violence and bitter accusations; Chris and his brother moved to be raised by their father in impoverished conditions. An Albanian immigrant, Anton believed that it was a sign of weakness to be loving or affectionate and instead was tremendously hard on both Nick and Chris, often manifesting in the form of rage or physical violence. Perhaps as a consequence of their divorce, or his own paranoid beliefs, Anton uprooted Nick and Chris and raised them nomadically and completely isolated from the rest of their family.

I met Chris in 1998, as I was a freshman at The George Washington University, where his brother, Nick lived across the hall from me, when Chris and his father came to visit. Although he was still a high school senior, Chris stayed and shared Nick's single dorm room for an entire semester. At the time, I did not know it was because his father was living out of a van and traveling the country preaching his religious message.

I was immediately drawn to Chris and his brother, and developed a special relationship with each of them. Inseparable, their closeness was unrivaled. Although it astonished me that these two brothers could live in a college single dorm room for months together, when I could barely make it through dinner with my family; they could not comprehend sibling rivalry and only wanted to help each other succeed. Despite their remarkable closeness, I had different relationships with each of them. Nick, who was two years my senior, was the studious, serious one, where Chris was lighthearted, funny and easygoing. I would joke, parentally, that I "loved them both equally, just differently."

For as long as I have known Chris, he has been an incredibly generous and thoughtful person – our friendship was forged over late nights at GW with him helping me study for my menu quiz in Italian for a new waitressing job and escorting me to the 24-hour CVS so I would not walk alone, even when he had no desire to go. Over the many years I have known Chris, I have experienced and witnessed countless examples of his kindness and empathy, from baking a cake for a friend who was having a rough week to pulling over on the belt parkway in snow to help a stranger push a car down the street – Chris always stepped up to help someone in need, whether big or small, day or night, and never for the public eye. By way of personal example, although I have a driver's license. I am a terrible and anxious driver. Rather than make me take the train or another form of public transportation, no matter the occasion or how short notice it was, Chris regularly put his own plans aside to drive me and my family all over the State of New York and East Coast and has never once accepted a dollar for gas.

In the wake of Nick's murder, I moved to Brooklyn to be closer to Chris and to enroll at Brooklyn Law School. He helped me get my apartment and my first job. When my mother got sick and later died, he was there. When my brother was in the hospital, he was there. If I was short on rent, needed book money or had a tough day, he was there. No matter what was going on his life, he supported me throughout law school, my family trials and tribulations. I would not be where I am today, were it not for Chris.

I graduated from law school in December, 2006 and took the February, 2007 Bar Exam. Around the same time, Chris found out his father was diagnosed with bone cancer. Ever selfless, Chris waited to tell me until after I took the bar, came to my celebration dinner, and did not want to spoil my night despite having just found out his father was dying.

I fully recognize that the nature of the charges against Chris are serious, and it is my understanding he takes responsibility for his actions. I also know he regrets terribly the decisions that brought him to this state. It is my belief that Chris will be able to put this period of his life behind him, and find his footing again on the path towards positive improvement following his sentence. When he rejoins society, Chris will find people there to support him. I am fully

confident that his education, skills, compassion, and dedication will be of enormous value to the community.

I would like to take this opportunity to appeal to Your Honor to consider this letter and the many others in support of Chris, while you determine the sentence he will receive. If you have any questions or I can be otherwise of assistance to you, please contact me at 347-524-1415. Thank you for your time and consideration.

Sincerely,

Brianne E. Murphy



# The
# IRIS
## Collaborative, LLC
Innovating Real & Impactful Solutions

Shyrea Thompson
The IRIS Collaborative, LLC
3346 Martha Custis Drive
Alexandria, VA 22302

September 4, 2019

Re: United States v. Christopher Curanovic Docket No. 1:17-CR-00404-KAM-2

Your Honor:

I am writing on behalf of my dear friend Christopher Curanovic. I have known Chris for over 20 years and was deeply saddened when I first learned of his incarceration. As a former congressional staffer who handled the judiciary committee for a ranking member of congress, an individual with a criminal justice degree from The George Washington University and a long time volunteer in the Massachusetts juvenile justice system I understand the severity of his charges and have had the opportunity to review his case. Your honor, for these reasons I would like to attest to my friend Christopher's character. Chris has a special place in my heart not only because he has given selflessly to myself and those I care about but because he has a deep humanity behind his tough exterior.

When I first met Chris in college, I came to know him as an intelligent and charming tough guy from Brooklyn who loved his brother and father. Sadly, a few years later Chris' brother Nicholas was brutally murdered in the garage of the very building they resided in in Brooklyn. It was in this very building as Chris' neighbor for 3 years that I would come to know Chris as one of the most loyal, loving and giving people I know.

In 2005, when I was ready to leave Capitol Hill in hopes of gaining private sector litigation experience I asked a few friends to forward job opportunities. Chris went above and beyond to contact a business acquaintance to setup a job interview for me with Baker and McKenzie. When I learned I was not offered the position Chris did not stop there, he contacted his business acquaintance to ask for specifics. When she informed Chris I was over qualified he asked her for a reference to a firm that would be a better fit. Chris then secured an interview for me with Schulte, Roth and Zable and two weeks later I was heading to NY. When I arrived in Brooklyn, Chris insisted on driving me to my first day at Schulte, called to checkup on me and offered to take me to lunch. Chris from then on made it a priority to check in on my professional development.

When it was time to find housing, Chris once again stepped in to help me move in his building at a discounted rent. Whenever I had any trouble in the building I could count on Chris. I had no car, so Chris drove me to the grocery store and to appointments and never accepted money for gas or his time. When my 7-year engagement did not work out Chris was my "older brother" there to listen and he reassured me that I would love again. When my sister almost passed away Chris encouraged me to keep my faith. When the NYC transit authority went on strike days before Christmas, Chris drove me all the way to Roosevelt Fields in Long Island so I could go shopping for gifts for Toys for Tots. This trip was one of my favorite days with Chris, he was just a big kid enjoying the holiday season singing Christmas carols all the way home!

After years of seeing glimpses of Chris' humanity and vulnerability, on a car trip back from his God daughter's christening Chris opened up about his childhood. As a proud new Godfather he shared his hopes for that baby and how he planned to make her life better than his childhood. It was then I learned of little Chris who did not grow up with his mom, a dad he loved but a part of him questioned his father's role in his becoming a motherless child and the big brother he had lost as a child and upon reuniting with vowed never to be separated from again. Chris shared the pain of losing his brother holding Nicolas as he died and being completely helpless. He talked of overcoming the anger and dealing with the grief but what I found most profound was Chris' promise to his father not to avenge his brother's death. To turn the other cheek, even when the suspect who lived in the same building was not convicted and continued to reside in Brooklyn. For years Chris has kept his promise to his father and honored his brother's memory. As his father became ill and eventually passed away; with Chris estranged from his mother and maternal family at times felt alone in this world. But Chris is not alone as he is loved and presently missed by many.

When I moved away from New York, I told Chris he would always have a seat at my table and a place in my heart. Now as a mother of twins, I write to "Uncle" Chris. In our emails and letters it is evident that Chris is aware of his wrong doing, is remorseful and ready to move forward. Looking to the day we will share a holiday dinner together again, sing carols with the twins and possibly reunite with his mother.

As you will see from the letters you receive on Chris' behalf, he is not alone. He is loved and supported by many who are committed to help him upon his completion of his sentence. While the charges against Chris are serious, they do not reflect the person he is. Chris is a sweet, kind, generous, loyal and thoughtful man who has overcome incredible loss in his life. Chris is no stranger to hard work and has courageously overcome significant obstacles. I am certain that Chris can move past this part of his life and upon reentering society will make a positive contribution to his community. I hope my letter is helpful to Your Honor in considering Chris' application.

If you have any questions or I can be otherwise of assistance to you, please do not hesitate to contact me at 202-427-8934.

Very truly yours,

Shyrea Thompson

# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM ^
BRUCE E. MENKEN
JASON J. ROZGER ^
SCOTT SIMPSON
MARIELLE A. MOORE
BRENNA RABINOWITZ

^ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

September 4, 2019

To Whom It May Concern:

I am writing to you today in support of Mr. Christopher Curanovic.

I am an attorney in New York City practicing law for 46 years. I knew Chris Curanovic when he was a young man in the early 2000's. I was representing a dissident union member seeking the presidency of the Union known as 32B-J.

The campaign took place from 2002 through 2003. Although Chris was not a union member, he knew many of the union members who worked in the commercial section, (primarily building office maintenance workers).

He was instrumental in helping my client and his slate of officers in gaining access to buildings that had hundreds of 32B-J workers. He always attended union meetings, he helped recruit workers to support the dissident slate and helped translate for the Albanian workers. He sat in on every strategy session and displayed a maturity uncommon for someone his age. He even spoke to me about going to law school.

After the death of his brother and then his father I lost touch with him. During the time I knew him, I found him to be courteous, hardworking, intelligent and mature beyond his years.

I hope that he will be given the opportunity to once again be a productive member of society.

Very truly yours,

Alan Serrins

Saoirse Victeoiria
511 Ash Close, Elm Park,
Castletroy, Limerick,
Ireland.


August 28th 2019


To Whom It May Concern:


I am writing to you today in support of Mr. Christopher Curanovic.


My name is Saoirse Victeoiria and I have known Christopher Curanovic for nearly two decades. I am about to return to education to complete my Master's degree, but I have previously been employed in the public, semi-public and private sectors, including at the University of Limerick and Limerick City & County Council.


That Chris' life has turned out the way it has, has been a matter of great sadness for those who love him. We long for his return, and will be there to support him, as he always supported us.


The Chris I know is a good friend and faithful family man, to his own kin, and to mine. He had a patience for my always difficult and increasingly ailing elderly grandmother, mowing her impossibly sloped lawn, a matter of propriety for her, and thus honor for him.


He continued to do so after her passing, and aided our family in other ways. I hope that strong affinity to our family was of comfort to him, as it was to us. Both we and he had much to grieve over in the few years he had with us: the passing of his brother and then our mother, his father, our grandmother. Orphans in everyway that counts, all before our mid-20s (I am the eldest of us, and had not yet turned twenty-four).


We turned to each other. The suit Chris buried his brother in, I frantically hemmed to fit my own brother, to bury our mother in.


When joy finally came, he was there too, acting as proxy godfather on the spot when my niece's uncle was delayed arriving to her christening. But that is not my clearest memory of that day.


Later, after the brunch was finished and most of the well-wishers gone, Chris stayed, with only one other of our friends. Everyone was exhausted, variously, by the July heat, travel, new parenthood and staying up late to get the decorations in place. Almost everyone drifted off to sleep, either where they were or slipping off to their bedrooms.


Amidst this, Chris held my precious niece, then only two months old, like she his own. He too was exhausted, his suit jacket unbuttoned, but she was asleep and he didn't want to move or move her, and risk waking her. He just held her, looking like a doting father from another time. It would have made an

incredible portrait; in black and white, it would have been hard to date. But the truth wasn't some idealized fantasy of the 20s or 50s; Chris was just a tired young man, a close friend of the family, conscious that others were sleeping, and perhaps, too, mesmerized as we all were by the promise and mystery every young child carries: who are you? what will you become?

I would very much like for him to have that chance some day, to hold his own child and wonder who he or she will be, to strive to model a better life for them than the one he has had up until this time.

"Mercy is a chance to rest," one of my favorite novels concludes.

When I knew him, he was a deeply, though privately, religious man. He is a Christian, though one that has experienced terribly little of the succor his faith exhorts.

Leniency, now, is a chance for Chris to have that mercy shown to him. A chance to rest, to be among the bosom of his friends and our support as he so often and well supported us, as he builds a new life.


Sincerely,

Saoirse Victeoiria

August 28, 2019

Dear Judge Matsumoto,

I've known Chris Curanovic since about September or October of 2017, or roughly most of the time he has spent recently in the Brooklyn MDC. Over that period, I think it would be fair to say we've become friends, and it's quite possible we may still talk together many years from now.

I do not know much about the circumstances which led to Chris's first criminal conviction, or what he was like in earlier life. I do know, however, that during the past couple of years he has shown extraordinary kindness to other inmates in his unit. He reacted with compassion and forgiveness to situations which would have likely caused almost anyone, incarcerated or not, to lash out in anger. He has displayed, to me at least, that underneath whatever mistakes he has made, he has an immensely good heart.

The most recent case and issue for which Chris is now being sentenced seems to me to have occurred more because of errors of judgment than any desire to commit further criminal acts. In our conversations, he has made clear to me that he looks forward to moving on from his past transgressions and living a law-abiding life. He has also shown me he has the positive attitude, motivation and resilience necessary for making that transition.

I do not believe that further incarceration is warranted for Chris, given the circumstances of this most recent offense, nor do I believe that the public needs to be further protected from Chris. I hope you see fit to grant him leniency, and allow him to soon rejoin society. With his kind heart and generous spirit, the lessons he has learned, and his many ideas and plans, I am excited to see what the future holds for Chris in the free world.

Thank you for your consideration.

Sincerely,

Christie Smythe
232 W 116th Street, Box 786
New York NY 10026
Christie.smythe@gmail.com

Inga Baptiste
1350 Beverly Road
McLean, Virginia 22101
August 21, 2019


Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Kiyo A. Matsumoto:

I met Chris Curanovic in 1999 through a mutual college friend. Through the years, I have come to know him as a kind, considerate, and highly intelligent person who is deeply committed to his family and friends. I have also witnessed him wrestle with deeply scarring personal losses; including the violent and untimely death of his only brother, as well as the death of his father.

Chris has made mistakes. He has also admitted to them and taken responsibility for his actions and their effect on others. From conversations with Chris, I know that he is deeply remorseful and desperately wants to move past the mistakes of his youth. Your Honor, Chris is still a young man. He has an opportunity to start again with the support of family and friends whom love him dearly and eagerly await his safe return home.

I beg that you afford him this opportunity for a fresh start. I was certified as a mediator by the Virginia Supreme Court. I, as many of Chris' friends, am an upstanding member of my community. Chris has a real chance to salvage his future. I beg your careful consideration of my request for leniency on his behalf. I have heard, and agree that, "[e]ach one of us is greater than the worst thing we've ever done. We are all formed from frailty and error. Let us pardon reciprocally each other's follies. That is the first law of nature."

Please call me at 703-640-8415 if you have any additional questions or if I can provide any clarifying comments. Thank you, kindly, for your consideration.

Sincerely,


/s/
Inga Baptiste

Andrew Murphy
1801 W. Genesee Street
Syracuse, NY 13204

August 28, 2019

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Christopher Curanovic*
       *Docket No. 1:17-CR-00404-KAM-2*

Dear Judge Matsumoto,

I first met Chris and his brother Nick in 1999 when I visited my older sister
who was a sophomore at The George Washington University. At the time,
I was a fifteen year old sophomore in high school. Where most 19 and 21
year old college students would have seen my visit as an interference with
their weekend plans or made plans with my sister for another weekend;
Nick and Chris went above and beyond to plan their weekend around
ensuring that I had a fantastic trip. When my sister had to go to work,
rather than leave me to watch television in her apartment, they walked all
over DC, taking me sightseeing and providing me with a history lesson.
On my last night in DC, Chris bought groceries, brought them to my
sister's place and made homemade chicken parmesan for everyone.

Upon graduating from high school, I decided to attend Brooklyn College
in Midwood; where I could live with my older sister who would be starting
Brooklyn Law School that fall. Despite being only a few months after
losing his older brother, Chris took the time find us an apartment across
the street from him; help my sister move and then travel to Syracuse to
help me move including driving a U-Haul with my belongings to
Brooklyn. It was then, in 2002 that I began to consider Chris not only a
friend of my sister, but my friend. Being the youngest of four, and only
boy, I looked up to Chris like an older brother and he always made time
for me. It was a difficult year for him, yet he never faltered, merely
offering every kindness and consideration he could.

Nick died in December 2001; in October 2002 my mother fell suddenly
ill, and she passed away a mere two months later, just as we were
beginning to hope that a liver transplant would happen soon. Chris drove
my sister and me from Brooklyn to Rochester and back to Syracuse at his
expense so that we could be with our mother one final time before she
passed. He stayed for the funeral, which took place at nearly the exact
anniversary of his brother's, and at a time when I was expecting to lend a
shoulder, he instead was lending his.

Two years later, in March, 2004 I was hospitalized while visiting Philadelphia, PA, away from family and friends. When I awoke from unconsciousness – there at the hospital with my sisters was Chris. I was in the hospital for close to a week and Chris stayed in Philadelphia with us for the entire time. In the aftermath, I made the decision to move back home to Syracuse, and once again, Chris put his own plans aside and again drove all my belongings back to Syracuse.

I realize that the charges against Chris are serious, but they are not the person he is. He is a kind, generous, hard working and thoughtful individual who has overcome incredible hardship in his life. Sine Chris has been in in prison, I have been able to speak with him and he has the same generous and concerned spirit. I am confident that once Chris is able to put this behind him, he will turn his life around and move forward positively impacting society. I hope my letter is helpful to Your Honor in considering his application.

If you have any questions or I can be otherwise of assistance to you, please do not hesitate to contact me at 315-383-6598.

Sincerely,

/s/
Andrew Murphy

Michaela Murphy
1801 W. Genesee St. Syracuse, NY 13204

August 28, 2019

Re:   *United States v. Christopher Curanovic*
      *Docket No. 1:17-CR-00404-KAM-2*

Your Honor:

I am writing on behalf of Chris Curanovic. I met Chris in 1999 at The George Washington University, while both of us were visiting siblings who attended the school. Since that time, Chris has become a friend to me and a part of our family.

In the twenty years that I have known him, Chris has consistently exhibited himself to be a kind, honest, hard working, giving gentleman who has overcome incredible hardship while maintaining unwavering faith.

I have seen him spend hours with my elderly grandmother, engaging with her stories (despite hearing them countless times) and helping her with yard work in upstate New York (especially significant considering the size and elevations of the property – this was not at all light work, and he did it for nothing more than a thank you and an old lady's smile). In times of family emergencies, he has always been there to bring us comfort, regardless of the distance or his own personal obligations. When my mother, brother, and sister were each in the hospital – he traveled to see them, to be with us, in Syracuse, in Philadelphia, and in Brooklyn.

He was a pallbearer at my mother's funeral and a Godfather to my daughter – both roles he has fulfilled with the utmost honor and dignity. While my fiancé was on the West Coast for an extended time, Chris, helped me financially, and took time to visit my daughter and I frequently.  He encouraged me to pursue nursing school, fix up my house, and inspires me immeasurably. He exhibited his kind and giving nature at every turn – whether through his respectful and cheerful assistance to my grandmother and her needs while visiting my family in Syracuse or showing up to bring comfort at each hospital for every family illness – Chris is more than a treasured friend, he is a brother.

I hope Your Honor finds this letter helpful in considering Chris's sentencing.  If you have any questions please do not hesitate to contact me at 315-278-3038.

Sincerely yours,

/s/
Michaela Murphy

Elizabeth M. McCarthy
59 Saratoga Street, Apartment 3
East Boston, MA 02128

August 28, 2019

Re:     *United States v. Christopher Curanovic*
        *Docket No. 1:17-CR-00404-KAM-2*

Your Honor:

I am writing on behalf of Chris Curanovic, who I understand you will be sentencing soon. I met Chris nearly eighteen years ago through a good high school friend of mine, Brianne Murphy.

Brianne and I are from Syracuse NY, and when Brianne went to college at George Washington in DC, the two names I always heard from her were "Nick and Chris", brothers who she became good friends with. Although I tried to visit Brianne often while she was in school, I never had the chance to meet these extraordinary individuals who were an integral part of her life during my visits. I know Brianne was devastated in December 2001, our senior year of college, when his brother and her good friend Nick was murdered.

I finally met Chris under very dire circumstances; when Brianne's mother became very ill and died about a year later, December 2002. Chris and his father were both rocks that Brianne and her family were able to lean on, despite it being the anniversary of a tragic time for both of them: they drove Brianne from New York City up to Syracuse and stayed for the wake and funeral, and Chris was a pallbearer in the funeral. They were a constant during this difficult time; they were so involved that at first glance, you would have thought that Chris was a family member rather than just a generous friend.

Afterwards, Chris became a constant in both Brianne and her family's lives. He is the Godfather of Brianne's niece. He helped Brianne's siblings in time of financial difficulty. Whenever I visited Brianne, I knew Chris would be there, whether to chauffer us around, help her run errands, or just to hang out and enjoy each others company.

Chris has a natural charisma that draws others to him. He is kind, generous, and the type of friend that you enjoy having around because you enjoy his company but also because he is the type of person who you would call at 3am with an emergency and he would be springing into action at 3:05am, ready to help; indeed I know he has done this on numerous occasions.

I know Chris is ready to move forward and ready to be a positive contribution to our society again. I hope this letter is helpful in your consideration.

Please feel free to contact me with questions, or if any information in my above statement needs further clarification.

Very truly,

/s/_____
Elizabeth McCarthy

**TIFFANY C. MILLIOEN**
**Attorney at Law**
New York, New York
(617) 877-1744
tiffany@industrielaw.com

September 11, 2019

The Honorable Kiyo A. Matsumoto
Federal District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *United States v. Christopher Curanovic*
      Case No. 1:17-cr-00404-KAM-2

Dear Judge Matsumoto:

I am writing to you in support of Mr. Christopher Curanovic, who will be sentenced in several weeks in connection with the above-referenced matter.

I am an attorney in New York. I have known Mr. Curanovic since approximately 2004, when I met him through my law school colleague, Brianne Murphy. From 2004 until his incarceration, I spent a great deal of time with Mr. Curanovic and Ms. Murphy. Mr. Curanovic was always generous, lighthearted, and humorous. He often took us to dinner after class, where we shared stories about school and work. Many time he drove us around New York City to help us with our errands. While individually these may have been simple acts of generosity and kindness, collectively they meant a lot to young law students living on their own in New York City.

I have remained in touch with Mr. Curanovic during his incarceration, sending him books and magazines and visiting when I can. I know Mr. Curanovic to be a loving and loyal person to his friends. I believe that he is remorseful for his actions and will make positive contributions to the community upon his release. I respectfully request that you consider these factors while making your sentencing determination.

If you have any further questions, please feel free to contact me at 617-877-1744.

Thank you for your time and consideration.

Sincerely,

Tiffany C. Millioen

1

To: Honorable Judge Kiyo A. Matsumoto
     United States District Court
     Eastern District of New York
     225 Cadman Plaza Court
     Brooklyn, New York, 11201

Dear Honorable Judge Matsumoto

Having been in movies with the likes of Sylvester Stallone and Val Kilmer, I have been employed as an actor for over 40 years. I am writing to you today in reference to Christopher Curanovic who will be coming before you for sentencing.

Although I live in Los Angeles, I have known Christopher since he was a child as I was friends with his father for many years as well as his brother. Chris was a happy young man and always wanted to be in the financial business.  For a time he did just that and was very good at working in hedge funds. At the age of 19, his brother, whom Chris was extremely close to, passed away then only a few years later he also lost his dad. The untimely deaths of the two people he was the closest to left Chris all alone in this world as a very young man. He was lost and therefore ended up wandering with the wrong crowd which ultimately got him into trouble.

As a result of his errors, he has paid dearly by losing some of the best years of his life. I know he his extremely remorseful and I truly believe has learned a great lesson. I believe moving forward that he will be committed to being a productive citizen of this great country.  I understand upon his release he has a place to stay with his cousin as a job waiting with her husband. He has a strong support system of friends and family.

Your Honor, I humbly request that you extend leniency towards this young man who has an opportunity for a positive future and a desire to make up for his wrongdoings.

Respectfully,

Charles Torrent

Charles Torrent