# Exhibit B

# Elizabeth Macedonio

**From:** CURANOVIC CHRISTOPHER (75892053)

**Sent Date:** Tuesday, December 10, 2019 8:06 AM

**To:** emacedonio@yahoo.com

**Subject:** Letter

December 10, 2019

Dear Judge Matsumoto,

I am writing to the Court to apologize. After ten years of incarceration and with the end within sight I have shamed myself through a lapse of judgment. I am humiliated by my conduct. I've had over eleven years to think about my prior conduct and about my prior way of thinking. I am much older now, with a decade of incarceration to reform my way of approaching life and its inevitable obstacles or frustrations. Notwithstanding this personal development, bewilderingly, I have managed to become ensnared in this case before the Court. I accept full responsibility for my actions. This is not the man I see myself as today.

Even though I am responsible for my actions, I know and I would like the Court to know that I did not intend to join the money laundering conspiracy that I've been convicted of. My objective was to be re-paid money that I lent to a friend, money that I lent him after he told me he had borrowed money at a high interest rate from an individual and wasn't able to make payments. I agreed to lend him the money at NO interest. So I asked my friend to return the favor as I had helped him because I desperately needed money for my upcoming release after a decade in prison with no earnings or savings.

Your Honor, my singular goal was recovering my own money that I had lent years prior. I was relieved to finally arrive at a repayment schedule of four thousand dollars a month. Basically this was a ten month repayment period without any interest after having been out of the money for over nine years. At no time did I perceive my insistence on being repaid as extortionate, as I had waited for nearly ten years without even asking for it. I thought I was being a bigger man, a more mature version of myself by deferring the matter. I did insist that my friend "be a man" and honor his debt. After all I had waited nine years and was still comfortable with a payment plan of his choosing. Little did I know the debtor had no intention of repaying me, rather he immediately turned to the DEA who instructed him to record me. In these conversations he baited me with questions and intentionally tried to get me frustrated.

I received two thousand dollars as a first bi-monthly installment with no mention whatsoever of illegal conduct or sources. In fact, I was assured that this person who was dropping off money for me was "not into anything illegal." I was encouraged but quickly disappointed that the payment plan was immediately breached.

Three months later, after seven missed agreed upon bi-monthly installments, I had nothing but the first two thousand and was being ignored. I admittedly became frustrated. However, Your Honor, I kept my cool. In my mind I was speaking to a friend. I did not make any threats. I did not act out. I had left that life a decade behind me. My sole outburst after the payment default was to exasperatedly say , "I'm not going through this anymore", referring to the broken promises. I felt taken advantage of especially given the stresses of my upcoming release yet I remained calm. Despite all calls being intercepted I never demonstrated any overt coercive behavior. I really feel that I am a reformed man in that respect.

I am ashamed at the subsequent sequence of events. After months of broken promises of payment I was finally relieved when I learned that $20,000 was dropped off for me. I immediately hired a specialized attorney to help me secure maximum halfway house placement. I was elated and surprised by the turn of events and finally felt like I had some comfort to come home to. Within a week it became evident that my comfort was misplaced.

The parties informed me that the $20,000 should not be considered a payment on the loan balance despite the representations to me that it was. The Title III recordings corroborate the ensuing dispute regarding the

## Elizabeth Macedonio

intended use of the money for the loan payment. After the fact, the informant re-characterized the money as "his" and demanded it back. In one recording he took a hostile position by saying he was holding all the parties accountable and in sum and substance that he didn't care who he had to go see he was getting his money back. I couldn't immediately return the money that I had committed elsewhere.

As a solution to this problem, the informant proposed a "check for cash" arrangement that would allow him to recoup his money. I understood this had to be done in order to appease the man and the problem that was created because of me.

I regret my decision but I recognize that I am not the younger man that once may have sought out a role. In fact, once the informant received his money back I tried to distance myself from this situation and illegal conduct.

It is important to me that the Court knows that I am incredibly sorry for my role however limited or expansive the Court deems it to be. I am not reverting to old conduct of my youth. However I am learning still more lessons about myself and my perception of events around me. I no longer have a criminal mentality of seeking profit from illicit pursuits as I did in my 20's. I know I was wrong. I alone am responsible for my decision. I could have and should have just let old debts lie and move on to a productive chapter in my life. I thought I was there. I've fallen short, but not fallen backward.

Respectfully,

Christopher Curanovic